IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE ESTATES OF SEAN EUGENE ABBOTT, deceased, by and through ANDREW SEAN ABBOTT, as Special Administrator of the Estate and and as heir at law of SEAN ABBOTT, deceased,<br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CHAD GAY, in his official Capacity as Harvey County Sheriff, and ADVANCED CORRECTIONAL HEALTHCARE, INC.<br>　　　　　　　　　　　Defendants, | CASE # 5:20-cv-03101-SAC |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

NOW ON THIS 29th day of May, 2020, comes the plaintiffs by and through their attorney Mark T. Schoenhofer, defendant Chad Gay by and through his attorney, Allen G. Glendenning and defendant Advanced Correctional Healthcare, Inc. by and through its attorney, J. Thaddeus Eckenrode, in the above-captioned matter and enter into this Stipulation of Dismissal Without Prejudice, pursuant to FED. R. CIV. P. 41.

The parties stipulate that the case should be dismissed without prejudice and that each party in the action bear its own costs.

APPROVED:

WATKINS CALCARA, CHTD
1321 Main - Suite 300
P.O. Drawer 1110
Great Bend, Kansas 67530
620 792 8231; aglenden@wcrf.com
Attorneys for Defendant

/ s/      ALLEN G. GLENDENNING
          Allen G. Glendenning, # 12187


LAW OFFICE OF MARK T. SCHOENHOFER, LLC
1631 E. 1st Street
Wichita, KS 67214
316 262 5400; mydefensefirst@yahoo.com
Attorney for Plaintiff


/ s/      MARK T. SCHOENHOFER
          Mark T. Schoenhofer, #15781


ECKENRODE-MAUPIN
11477 Olde Cabin Rd., Suite 110
St. Louis, MO 63141
Attorneys for Advanced Correctional
314 726 6670; jte@eckenrode-law.com


/ s/      J THADDEUS ECKENRODE
          J. Thaddeus Eckenrode, #78662